| Case No. | SACV 19-01120-AG (JDEx) | Date | October 4, 2019 |
|---|---|---|---|
| Title | Roy Yiun v. Mi A Dong, Inc. et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on June 5, 2019. On October 1, 2019, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before October 3, 2019 why this action should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [11] issued on June 5, 2019 discharged.

-    :    -

Initials of Deputy Clerk    mku

cc: